IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SOLOMON LADANIEL HENDERSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:13-CV-391-WKW |
| GREG WARD, CARL ROWE, BEN BERRY, BRIAN PARKS, ANNIE WARD, and TONY HELMS | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On July 17, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 14.)  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

DONE this 19th day of August, 2013.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE